Case 3:15-cv-02059-FLW-LHG   Document 14   Filed 06/22/15   Page 1 of 1 PageID: 158

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YITZCHOK ROKOWSKY,<br><br>Plaintiff,<br><br>v.<br><br>SUNGAME CORPORATION, ROBERT KLOIHOFER, NEIL CHANDRAN, JP MORGAN CHASE & CO., JOHN DOES 1-100,<br><br>Defendant(s). | : DKT NO: 3:15-cv-02059-FLW-LHG<br>:<br>:<br>:<br>: CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION FOR DEFAULT JUDGMENT

This motion being filed by Anthony L. Velasquez, Esq., attorney for PLAINTIFF YITZCHOK ROKOWSKY, hereby requests pursuant to Fed.R.Civ.P. 55(b)(1) the ENTRY OF DEFAULT JUDGMENT against the DEFENDANT SUNGAME CORPORATION. In support of this request, the movant Plaintiff relies upon the record in this case and the affidavit submitted herewith.

Respectfully submitted,

6/22/2015

Anthony L. Velasquez, Esq.