## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| YITZCHOK ROKOWSKY, | : |
| | : DKT NO: 3:15-cv-02059-FLW-LHG |
| Plaintiff, | : |
| | : |
| v. | : CIVIL ACTION |
| | : |
| SUNGAME CORPORATION, ROBERT KLOIHOFER, NEIL CHANDRAN, JP MORGAN CHASE & CO., JOHN DOES 1-100, | : |
| | : **DEFAULT JUDGMENT** |
| | : |
| Defendant(s). | : |

The Defendant <u>SUNGAME CORPORATION</u> having failed to plead or otherwise defend in this action, and default having been entered on May 29, 2015; and upon application of Plaintiff and upon affidavit that Defendant <u>SUNGAME CORPORATION</u> is indebted to Plaintiff in the principal sum of $50,000.00 plus treble damages under the NJ Consumer Fraud Act, *N.J.S.A.* 56:8-1, plus interest thereon; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED and DECREED that Plaintiff <u>YITZCHOK ROKOWSKY</u> recover of the Defendant <u>SUNGAME CORPORATION</u> the sum of <u>$150,000.00</u> plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the Plaintiff and upon affidavit that said amount is due, in accordance with Fed.R.Civ.P. 55(b)(1).

WILLIAM T. WALSH, CLERK

_____

BY: