ANTHONY L. VELASQUEZ, ESQ. (AV9649)
575 Rt. 70, 2nd Floor, P.O. Box 1030
Brick, New Jersey 08723
(t) 732-903-1966; (f) 732-416-7861
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| YITZCHOK ROKOWSKY, <br>     Plaintiff <br><br> v. <br><br> SUNGAME CORPORATION, ROBERT KLOIHOFER, NEIL CHANDRAN, JP MORGAN CHASE & CO., JOHN DOES 1-100, <br>     Defendant(s). | : 3:15-cv-02059 (FLW-LHG) <br><br> : <br> : <br> : <br> : **VOLUNTARY DISMISSAL** <br> : |

  The Court having held a telephonic conference with the parties on July 27, 2015, and having provided Plaintiff with 60 additional days within which to locate Defendant Robert Kloihofer so that service could be effectuated; and the Plaintiff being unable to currently locate and serve Defendant Robert Kloihofer despite good faith efforts and search,

  The Plaintiff Yitzchok Rokowsky, by and through its counsel Anthony L. Velasquez, Esq., hereby submits to the Court this VOLUNTARY DISMISSAL of this action against DEFENDANT ROBERT KLOIHOFER, such dismissal being submitted without prejudice and subject to being re-filed if and when Defendant Robert Kloihofer is located by the Plaintiff, in accordance with all other applicable laws and rules of procedure.

_____
Anthony L. Velasquez, Esq., Attorney for
Yitzchok Rokowsky, Plaintiff       October 2, 2015